**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| CHRISTOPHER AUSTIN STINECIPHER,<br><br>    Plaintiff,<br><br>        v.<br><br>MAINE DEPARTMENT OF PUBLIC SAFETY, and MICHAEL J. SAUSCHUCK, in his official capacity as Commissioner of the Maine Department of Public Safety,<br><br>    Defendants. | Case No. 1:26-cv-00132-JAW |

**JOINT STIPULATION OF FACTS**

Plaintiff Christopher Austin Stinecipher and Defendants Maine Department of Public Safety and Michael J. Sauschuck, in his official capacity as Commissioner, hereby submit this Joint Stipulation of Facts to be cited in support of the parties' motions for judgment on the record. These stipulations are in addition to the allegations of the Complaint that have previously been admitted. All such admitted allegations are hereby incorporated by reference herein.

Solely for purposes of resolving the parties' motions for judgment on the record, and any subsequent appeals, the parties stipulate to each of the following facts:

1.      It is illegal under state law to work as a professional investigator in Maine without a license.

2.      To be licensed as a professional investigator, Maine requires that applications be accompanied by a certification by "3 reputable citizens of the State" of the following:

25750605.1

a. That the reputable citizen resides in the community in which the applicant resides, has a place of business or proposes to conduct the applicant's private investigation business;

b. That the reputable citizen has personally known the applicant for at least 3 years;

c. That the reputable citizen is not related to the applicant by blood or marriage;

d. That the applicant is honest and of good moral character; and

e. That the reputable citizen has read the application and believes each statement in it to be true.

32 M.R.S. § 8107.

3.   Plaintiff is a resident of South Carolina and has never been a resident of Maine.

4.   Plaintiff has three active private investigator licenses in states other than Maine:

a. SC Private Investigator (Employee)
Issued by: South Carolina Law Enforcement Division (SLED)
First issued: 9/24/2021
Expires: 9/24/2026
Company: Allied Universal Compliance and Investigations
Number: RD245240

b. GA Private Detective (Employee)
Issued by: Georgia Board of Private Detectives and Security Agencies
Issued: 12/20/2022
Expires: 08/31/2027
Company: Allied Universal Compliance and Investigations
Number: PDE052252

c. SC Private Investigator (Business)
Issued by: South Carolina Law Enforcement Division (SLED)
Issued: 9/16/2025
Expires: 9/16/2026
Company: Cipher Investigations, LLC
Number: D0004283

5.   The employee licenses are for a company called Allied Universal Compliance and Investigations. Plaintiff worked for Allied Universal Compliance and Investigations full

2

time from October 2021 to January 2026 and has worked there part time from January 2026 to present.

6.      Plaintiff would like to obtain a professional investigator license in Maine but does not know any Maine residents to provide the required certifications.

7.      Plaintiff has not applied for a professional investigator license in Maine.

8.      The Chief of the State of Police is charged with issuing private investigator licenses in Maine. The Maine State Police is a bureau located within the Department of Public Safety, and Michael J. Sauschuck is the Commissioner of the Department of Public Safety.

Dated: June 15, 2026

 _/s/ Alexandra Harriman___
   Alexandra Harriman
   Matthew Warner
   Preti Flaherty Beliveau & Pachios LLP
   One City Center
   P.O. Box 9546
   Portland, Maine 04112-9546
   207-791-3000
   aharriman@preti.com
   mwarner@preti.com

   *Counsel for Plaintiff*

 _/s/ William D. Hagedorn___
   William D. Hagedorn
   Assistant Attorney General
   Office of the Attorney General
   6 State House Station
   Augusta, ME 04333-0006
   207-626-8830
   william.d.hagedorn@maine.gov

   *Counsel for Defendants*

3

25750605.1